```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION


GAYLE N. OSBORNE,                )
                                 )
    Plaintiff,                   )
                                 )      CIVIL ACTION NO.
    v.                           )         3:05cv181-T
                                 )            (WO)
AMOCO FABRICS and FIBERS         )
CO., INC., a corporation,        )
et al.,                          )
                                 )
    Defendants.                  )
```

## ORDER

Based upon the representations made during an on-the-record conference on April 19, 2005, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's oral request that all federal claims be dismissed is granted and said claims are dismissed.

(2) Plaintiff's motion to remand (Doc. No. 8) is granted pursuant to 28 U.S.C.A. § 1441(c), which provides that when nonremovable claims are joined with removable claims, the district court "may

      remand all matters in which State law predominates."

(3) This case is remanded to the Circuit Court of Randolph County, Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the remand.

DONE, this the 19th day of April, 2005.


                        /s/ Myron H. Thompson  
                        **UNITED STATES DISTRICT JUDGE**